UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS LOPEZ,

          Plaintiff,

v.                                      Case No.:

BAYCARE HEALTH SYSTEM, INC.

          Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446, Defendant, BAYCARE HEALTH SYSTEM, INC. (hereinafter "BayCare" or "Defendant"), by and through its undersigned counsel, hereby gives notice of removal of the above-styled action filed by Plaintiff, Luis Lopez (hereinafter "Lopez" or "Plaintiff"), from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to this Court. As grounds for the removal and in support thereof, BayCare states as follows:

1. On or about November 27, 2019, Plaintiff filed her Complaint against Defendant in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. The Clerk of that Court assigned this action Case Number 19-007889-CI. The Complaint is attached hereto as Exhibit A. Defendant accepted service of the Complaint on March 24, 2020.

2. BayCare now removes this action to federal court pursuant to 28 U.S.C. § 1441 as Plaintiff's Complaint presents a federal question on its face. *See Caterpillar, Inc. v.*

*Williams*, 482 U.S. 386, 392 (1987). More specifically, the Complaint asserts claims against Defendant pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* (*See* Exhibit A at ¶¶ 42-51). The FLSA arises under federal law and is removable to federal court. *See Breuer v. Jim's Concrete of Brevard, Inc.*, 292 F.3d 1308, 1309 (11th Cir. 2002). Accordingly, Plaintiff's claims clearly invoke the Court's federal question jurisdiction.

3. Because the Court has original jurisdiction over actions brought under the FLSA, as they arise under federal law, removal of this action is proper under 28 U.S.C. § 1441.

4. Removal is timely as Defendant removed this action within the 30-day period provided for in 28 U.S.C. § 1446(b).

5. Venue is proper in this Court under 28 U.S.C. § 1391(b) and Rule 1.02 of the Local Rules of the Middle District of Florida because the alleged acts complained of occurred in this District. BayCare's principal place of business is also in this District.

6. BayCare has provided written notice of the removal to Plaintiff and has filed a Notice of Filing Notice of Removal in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

7. In addition to this Notice of Removal, BayCare has filed all pleadings that have previously been filed with the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.

WHEREFORE, BAYCARE HEALTH SYSTEM, INC., respectfully requests that the above-styled action be removed to this Court and this Court assume jurisdiction over this matter for all further proceedings.

Respectfully submitted this 10th day of April, 2020.

/s/ Kevin D. Johnson
Kevin D. Johnson
Florida Bar No.: 0013749
Ashley T. Gallagher
Florida Bar No.: 125141
Johnson Jackson PLLC
100 N. Tampa Street, Suite 2310
Tampa, FL 33602
Telephone: (813) 580-8400
Facsimile: (813) 580-8407
E-mail: kjohnson@johnsonjackson.com
agallagher@johnsonjackson.com
jshinn@johnsonjackson.com
Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished with the Clerk of Court by using the CM/ECF system and by email on this 10th day of April, 2020 to the following:

Cynthia N. Sass, Esq.
Amanda L. Biondolino Esq.
Sass Law Firm
csass@sasslawfirm.com
abiondolino@sasslawfirm.com
reception@sasslawfirm.com
Attorneys for Plaintiff

/s/ Kevin D. Johnson
Attorney